# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 867 |
| --- | --- | --- |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of February, 2021, Jennifer M. Gardner, Esquire, Allegheny County, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2021.